```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

DALE HALL                                              PLAINTIFF

    v.              Case No. 2:08-CV-02099-RTD

HEARST-ARGYLE TELEVISION, INC.
d/b/a KHBS-TV                                          DEFENDANT

### JUDGMENT

For the reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendant's decision to deny benefits is AFFIRMED, and Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees. **The parties have thirty days from the date of entry of Judgment within which to appeal**.

IT IS SO ORDERED this 19th day of August, 2010.

                                          */s/ Robert T. Dawson*
                                          Honorable Robert T. Dawson
                                          United States District Judge